John T. Lewis, Respondent, *v.* Eli M. Upton et al., Appellants.

*Lewis* v. *Upton,* 90 App. Div. 453, affirmed.
(Argued February 23, 1905; decided March 14, 1905.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 1, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles J. Bissell* and *Erwin E. Shutt* for appellants.

*John Van Voorhis* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Gray, Bartlett, Haight and Werner, JJ. Dissenting: Cullen, Ch. J., O'Brien and Vann, JJ.

---

William F. Gatens, Respondent, *v.* Metropolitan Street Railway Company, Appellant.

*Gatens* v. *Metropolitan Street Ry. Co.,* 89 App. Div. 311, affirmed.
(Submitted February 23, 1905; decided March 14, 1905.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 20, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown, Bayard H. Ames* and *Henry A. Robinson* for appellant.

*Samuel S. Whitehouse* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., O'Brien, Bartlett, Haight, Vann and Werner, JJ. Not sitting: Gray, J.